ORIGINAL

1  JOSHUA E. KIRSCH (179110)
2  MARISA G. HUBER (254171)
   GIBSON ROBB & LINDH LLP
3  201 Mission Street, 27th Floor
   San Francisco, California 94105
4  Telephone: (415) 348-6000
   Facsimile: (415) 348-6001
5  Email: jkirsch@gibsonrobb.com
          mhuber@gibsonrobb.com
6
   OF COUNSEL:
7  J. Stephen Simms
   John T. Ward
8  Marios J. Monopolis
9  Simms Showers LLP
   20 S. Charles Street, Suite 702
10 Baltimore, Maryland 21201
   Telephone: (410) 783-5795
11 Facsimile: (410) 510-1789

12

13 Attorneys for Plaintiff
   OCEANCONNECT MARINE PTE. LTD.

**FILED**

JUN 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JST

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANCONNECT MARINE PTE. LTD., | Case No. CV 13 2829 |
| Plaintiff, | |
| v. | **WARRANT FOR ARREST IN REM, L.A.R. C2(a)** |
| M/V BUM YOUNG, its engines, tackle and apparel, | |
| Defendant *IN REM*. | |

TO THE UNITED STATES MARSHAL
FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

The complaint in the above-styled in rem proceeding was filed in the San Francisco Division of this Court on June 19, 2013.

Warrant for Arrest
Case No. _____; Our File No. _____

1  In accordance with FRCP Supplemental Rule C and LAR C2(a), you are directed both to
2  arrest the defendant vessel, the M/V BUM YOUNG, her tackle, apparel, furniture, engines and
3  appurtenances, should you find her within this district, and to detain her in your custody pending
4  further order of the court.
5  You must also give notice of the arrest to all persons upon whom notice is required by
6  FRCP Supplemental Rule C(4), L.A.R. C(4), as designated below by the plaintiff and the
7  practices of your office.

WITNESS THE HONORABLE
Judge of said Court,
in said District, this 19 day of June, 2013.

RICHARD W. WIEKING, CLERK

BY: _____
Deputy Clerk
**WILLIAM NOBLE**

NOTE: This process is issued pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Warrant for Arrest
Case No._____; Our File No._____