JOHN D. GIFFIN, CASB No. 89608
JESSICA LUHRS, CASB No. 284846
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981.0136

Attorneys for Interested Party STX PAN OCEAN CO. LTD.

J. STEPHEN SIMMS
SIMMS SHOWERS LLP
JOSHUA E. KIRSCH, CASB No. 179110
GIBSON ROBB & LINDH LLP

Attorneys for Plaintiff OCEANCONNECT MARINE PTE. LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANCONNECT MARINE PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> M/V BUM YOUNG, its engines, tackle and apparel, <br><br> Defendant. | Case No. CV 13-2829-JST <br><br> **IN ADMIRALTY** <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** <br><br> **[RESTRICTED APPEARANCE PURSUANT TO F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE E(8)]** |

STX PAN OCEAN CO. LTD. ("STX"), as Claimant to the vessel M/V BUM YOUNG, its engines, tackle and apparel, et al., Defendant in rem, ("MV BUM YOUNG") and Plaintiff OCEANCONNECT MARINE PTE. LTD. ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS** on June 19, 2013, Plaintiff filed a Verified Complaint seeking arrest of the MV BUM YOUNG;

**WHEREAS**, on June 19, 2013, the MV BUM YOUNG was arrested by the United

States Marshal for the Northern District of California pursuant to a Process of Maritime Attachment and Garnishment issued by this Court at the request of Plaintiff;

**WHEREAS**, on July 26, 2013, STX posted Eight Hundred Thousand Dollars (USD $800,000.00) with the Clerk of the Court as security in place of the MV BUM YOUNG;

**WHEREAS**, STX and Plaintiff have executed a settlement agreement in connection with Plaintiff's claim in this matter, dated August 22, 2013;

**NOW THEREFORE**:

**IT IS HEREBY STIPULATED** by and between the Parties, through their attorneys of record, and subject to this Court's approval, that this action shall be dismissed without prejudice as to the MV BUM YOUNG and without fees or costs to any party;

**IT IS HEREBY FURTHER STIPULATED** by and between Plaintiff and STX that this action shall be dismissed with prejudice as to Defendant MV BUM YOUNG and without fees or costs to any party;

**IT IS HEREBY FURTHER STIPULATED** that the funds presently held in the registry of the Court totaling USD $800,000.00 shall be released to counsel for STX, Keesal, Young & Logan, to be held in trust for STX, with a total of USD $14,081.55 of that amount to be held in further trust Keesal, Young & Logan for Plaintiff, for payment of half of the case filing fee and Substitute Custodian's fees and expenses;

**IT IS HEREBY FURTHER STIPULATED** that in the event of a breach of the settlement agreement, Plaintiff and STX have consented to the jurisdiction of this Court and will appear upon notice to the parties and/or their counsel without service of process.

**IT IS SO STIPULATED.**

//

//

//

- 2 -   KYL_SF613701
STIPULATION OF DISMISSAL [PROPOSED] ORDER - Case No. CV 13-2829-JST

| | | |
|---|---|---|
| 1 | DATED:  October 2, 2013 | /s/ Jessica Luhrs |
| 2 | | JOHN D. GIFFIN |
| | | JESSICA LUHRS |
| 3 | | KEESAL, YOUNG & LOGAN |
| | | Attorneys for Interested Party STX PAN OCEAN CO. LTD. |

DATED:  October 2, 2013          /s/ J. Stephen Simms
                                 J. STEPHEN SIMMS
                                 SIMMS SHOWERS LLP
                                 JOSHUA E. KIRSCH
                                 GIBSON ROBB & LINDH LLP
                                 Attorneys for Plaintiff OCEANCONNECT MARINE PTE. LTD.

*Filer's Attestation: Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, Jessica Luhrs hereby attests that concurrence in the filing of this document has been obtained*

# [PROPOSED] ORDER

Based on the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The funds presently held in the registry of the Court totaling USD $800,000.00 shall be released to counsel for STX, Keesal, Young & Logan, to be held in trust for STX with a total of USD $14,081.55 of that amount to be held in further trust by Keesal, Young & Logan for Plaintiff, for payment of half of the case filing fee and Substitute Custodian's fees and expenses;

2. This action shall be dismissed without prejudice as to the MV BUM YOUNG and without fees or costs to any party.

IT IS SO ORDERED.

Dated: October 13, 2013

HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE